UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

GATEWAY OVERSEAS, INC.

                Plaintiff,

    - against -

TEXCRAFT SOLUTIONS (PVT) LIMITED

                Defendants.

------------------------------------------------------------X

*RULE 7.1 STATEMENT*

Pursuant to Federal Rule of Civil Procedure 7.1[Formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Gateway Overseas, Inc. (A private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** September 27, 2007

By: _____
SANJAY CHAUBEY
**Attorney Bar Code: (SC-3241)**