**LAW OFFICES OF**
**SANJAY CHAUBEY**

**MEMO ENDORSED**

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____      │
│ DATE FILED: 1/23/08         │
└─────────────────────────────┘
```

The Empire State Building
350 Fifth Avenue, Suite 5013
New York, NY 10118-5013

Phone:  (212) 563-3223
Fax:    (212) 563-4534
E-mail: chaubey@aol.com

January 22, 2008

<u>VIA FACSIMILE (212) 805-6382 & Mail</u>

Honorable Victor Marrero
United States District Judge
United States Court House
500 Pearl Street, Suite 660
New York, New York 10007

**Re: Gateway Overseas Inc., vs. Texcraft Solutions (Pvt) Limited and Others**
**Docket No. 07 Civ. 8384**

Dear Honorable Judge Marrero:

    I represent Plaintiff Gateway Overseas, Inc in the above referenced action. I am writing this letter in compliance to the order dated January 17, 2008 pertaining to honorable court's direction seeking status of the service on defendants and further prosecution of the case.

    In this regard it is respectfully submitted that all the defendants are located in the country of Pakistan and steps were taken to serve them through Hague Service Protocol in accordance to the Rule 4 of the FRCP.

    On or around December 10, 2007 Henry I. Weil, Esq. contacted this office on behalf of defendants and invited to send Waiver of Service Process under FRCP § 4 (e) (1). This office forwarded required Forms for waiver of service on December 14, 2007.

    Thereafter, Henry I. Weil, attorney for defendants advised me by his letter dated December 28, 2007 that there may be some delay in getting the waiver signed and returned to this office due to current political situation in Pakistan. Counsel further advised that he would get the waivers as soon as possible. Copies of relevant correspondence are attached to this letter for your kind perusal.

    In view of the above, this office is waiting to receive the Waiver of Service Process and it shall be filed immediately upon receipt from the offices of Henry I. Weil. It is further submitted that this office is taking all possible steps to prosecute and proceed in this matter.

      I hope that I have been able to provide a satisfactory explanation to the honorable court's enquiry. However, I will be more than happy to provide further information in this regard, if needed.

Thank you,

Respectfully,

*[signature]*

Sanjay Chaubey, Esq.

Encl: Copies of Correspondence.

cc: Henry I. Weil, Esq.

> The Court acknowledges plaintiff's response to the Court's Order dated 1-17-08. Plaintiff is directed to provide the Court with a status report by 2-23-08 regarding service on defendants. In the event completion of service is prolonged, The Court may place the case on its Suspense Docket pending service on defendants.
>
> **SO ORDERED:**
>
> **DATE** 1-23-08     **VICTOR MARRERO, U.S.D.J.**