UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GATEWAY OVERSEAS, INC.,                    NOTICE OF APPEARANCE

                Plaintiff,

    -against-                               Dkt. No.  07 Civ 8384 (Marrero, J.)

TEXCRAFT SOLUTIONS (Pvt) LIMITED,
AHSAN SAEED KHAN, Individually and as
Chief Executive, MIRZA USMAN GHANI,
Individually and as Director ALI IRAN IQBAL,
Individually and as Director,

                Defendants.
------------------------------------X

**PLEASE TAKE NOTICE,**

    **THAT**, the Defendants, Texcraft Solutions (Pvt) Limited, Ahsan Saeed Khan, Individually and as Chief Executive, Mirza Usman Ghani, Individually and as Director, and Ali Iran Iqbal, Individually and as Director appear by their attorney, Henry I. Weil, Esq., and all notices and correspondences are to be served upon the undersigned.

Dated: New York, N.Y.
       February 7, 2008

                                      Yours, etc.,
                                      HENRY I. WEIL, ESQ.

                                      By: Henry I Weil, Esq. [HW 7713]
                                      Attorneys for Defendants
                                      277 Broadway - Suite 101
                                      New York, New York 10007
                                      Tel. No. (212) 732-3066

TO:   CLERK OF THE COURT,      SANJAY CHAUBEY, ESQ.
           U.S.D.C., S.D.N.Y.            Attorney for Plaintiff