UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GATEWAY OVERSEAS, INC.,            NOTICE OF APPEARANCE

          Plaintiff,

    -against-                    Dkt. No.   07 Civ 8384 (Marrero, J.)

TEXCRAFT SOLUTIONS (Pvt) LIMITED,
AHSAN SAEED KHAN, Individually and as
Chief Executive, MIRZA USMAN GHANI,
Individually and as Director ALI IRAN IQBAL,
Individually and as Director,

          Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

**PLEASE TAKE NOTICE,**

    **THAT**, Matthew A. Kaufman, Esq., hereby appears as Trial Counsel on behalf of the Henry I. Weil, Esq., for the Defendants, Texcraft Solutions (Pvt) Limited, Ahsan Saeed Khan, Individually and as Chief Executive, Mirza Usman Ghani, Individually and as Director, and Ali Iran Iqbal, Individually and as Director, and all notices and correspondences are to be served upon the undersigned.

Dated: New York, N.Y.
       February 7, 2008

                                            Yours, etc.,
                                            MATTHEW A. KAUFMAN, ESQ.

                                            By:   Matthew A. Kaufman [MK 0598]
                                            Trial Counsel for Defendants
                                            32 Court Street - Suite 1506
                                            Brooklyn, New York 11201
                                            Tel. No. (718) 222-1919

TO:    CLERK OF THE COURT,        SANJAY CHAUBEY, ESQ.
          U.S.D.C., S.D.N.Y.               Attorney for Plaintiff