# DECLARATION OF SERVICE

STATE OF NEW YORK, COUNTY OF KINGS    ): ss.:

**MATTHEW A. KAUFMAN,** being over 18 years of age and not a party to this proceeding, does Certify, state and say under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. I am over 18 years of age, am Of Counsel to Henry Weil, Esq., counsel for the Defendants herein, and have my office at 32 Court Street, Suite 1506, Brooklyn, New York and make this Declaration based upon my personal knowledge.

2. On February, 7, 2008, deponent personally served the within Notice of Appearance by Matthew A. Kaufman, Esq., to the Parties indicated below by depositing true and accurate copies by mail enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within the State of New York State, addressed to each of the following persons at the last known address set forth after each name:

    SANJAY CHAUBEY, ESQ.
    350 Fifth Avenue - Suite 5013
    New York, N.Y. 10118

Dated: Brooklyn, N.Y.
       February 7, 2008

_____
MATTHEW A. KAUFMAN