UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

GATEWAY OVERSEAS, INC.,

                Plaintiff,

        -against-

TEXCRAFT SOLUTIONS (Pvt) LIMITED,
AHSAN SAEED KHAN, Individually and as
Chief Executive, MIRZA USMAN GHANI,
Individually and as Director ALI IRAN IQBAL,
Individually and as Director,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

NOTICE OF APPEARANCE

Dkt. No.   07 Civ 8384 (Marrero, J.)

**PLEASE TAKE NOTICE,**

**THAT**, the Defendants, Texcraft Solutions (Pvt) Limited, Ahsan Saeed Khan, Individually and as Chief Executive, Mirza Usman Ghani, Individually and as Director, and Ali Iran Iqbal, Individually and as Director appear by their attorney, Henry I. Weil, Esq., and all notices and correspondences are to be served upon the undersigned.

Dated: New York, N.Y.
       February 7, 2008

Yours, etc.,
HENRY I. WEIL, ESQ.

By: Henry I Weil, Esq. [HW 7713]
Attorneys for Defendants
277 Broadway - Suite 101
New York, New York 10007
Tel. No. (212) 732-3066

TO:   CLERK OF THE COURT,
        U.S.D.C., S.D.N.Y.

SANJAY CHAUBEY, ESQ.
Attorney for Plaintiff