LAW OFFICES OF
# SANJAY CHAUBEY

The Empire State Building
350 Fifth Avenue, Suite 5013
New York, NY 10118-5013

Phone: (212) 563-3223
Fax: (212) 563-4534
E-mail: chaubey@aol.com

February 22, 2008

**Via Electronic Case filing**

Honorable Victor Marrero
United States District Court
United States Court House
500 Pearl Street, Suite 660
New York, NY 10007

**Re: Gateways Overseas Inc., v. Texcraft Solutions (Pvt) Limited and Others**
**Docket No. 07 Civ. 8384**

Dear Honorable Judge Marrero:

    I represent plaintiff Gateway Overseas, Inc. in the above referenced action. I am writing this letter in compliance to the Order dated January 23, 2008 whereby Honorable Court has directed me to provide with the status report on the issue of service on defendants.

    In this regard it is respectfully submitted that all the defendants in this matter have executed Waiver of Service in accordance to the Rule 4 of the FRCP. Mr. Henry I. Weil, Esq. has filed the said Waiver electronically and has also filed his Notice of Appearance on behalf of al the defendants on February 07, 2008.

    I hope that I have been able to provide service update to the satisfaction of the Honorable Court. However, I will be more than happy to provide nay other or further information, if required in this matter.

Thank You,

Respectfully,

/s/
Sanjay Chaubey, Esq. (SC – 3241)

CC: Henry I. Weil, Esq.