UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
GATEWAY OVERSEAS, INC.,                 RULE 7.1 STATEMENT

           Plaintiff,

     -against-                           Dkt. No.   07 Civ 8384 (Marrero, J.)

TEXCRAFT SOLUTIONS (Pvt) LIMITED,
AHSAN SAEED KHAN, Individually and as
Chief Executive, MIRZA USMAN GHANI,
Individually and as Director ALI IMRAN IQBAL,
Individually and as Director,

           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

     Pursuant to Fed. R. Civ. P. 7.1 [Formerly known as Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for TEXCRAFT SOLUTIONS (Pvt) LIMITED, AHSAN SAEED KHAN (A Private non-governmental party), Individually and as Chief Executive, MIRZA USMAN GHANI, Individually and as Director ALI IMRAN IQBAL, Individually and as Director certifies the following are corporate parents, affiliates, and/or subsidiaries of TEXCRAFT SOLUTIONS (Pvt) LIMITED, which are publicly held.

                       NONE.

Dated: Brooklyn, N.Y.
       April 7, 2008

                               MATTHEW A. KAUFMAN [MK 0598]