UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

GATEWAY OVERSEAS, INC.,

                Plaintiff,

-against-

TEXCRAFT SOLUTIONS (Pvt) LIMITED,
AHSAN SAEED KHAN, Individually and as
Chief Executive, MIRZA USMAN GHANI,
Individually and as Director ALI IMRAN IQBAL,
Individually and as Director,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

DECLARATION OF SERVICE OF ANSWER WITH DEFENSES AND COUNTERCLAIMS

Dkt. No.   07 Civ 8384 (Marrero, J.)

STATE OF NEW YORK, COUNTY OF KINGS    ): ss.:

**MATTHEW A. KAUFMAN,** being over 18 years of age and not a party to this proceeding, does Declare state and say under penalty of perjury, pursuant to 28 U.S.C. § 1746:

1. On April 7, 2008, did serve the within Answer with Affirmative Defenses and Counterclaims & Rule 7.1 Statement upon the following Party:

    SANJAY CHAUBEY, ESQ.
    Attorney for Plaintiff
    350 Fifth Avenue - Suite 5013
    New York, N.Y. 10118

    By transmitting true by mail depositing a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Post Office within New York State, addressed to each of the following persons at the last known address set forth after each.

Dated: Brooklyn, N.Y.
       April 7, 2008

                                     MATTHEW A. KAUFMAN (MK 0598)