## CERTIFICATE OF SERVICE

I certify under penalty of perjury pursuant to 28 U.S.C. § 1746 that on April 28, 2008 I served upon the following, by first class United States mail, postage prepaid, a true copy of the attached Reply to Defendant's Counterclaim.

> Matthew A. Kaufman
> 32 Court Street – Suite 1506
> Brooklyn, NY 11201
> Phone: (718) 222-1919
> Attorneys for Defendants

Dated: New York, New York
April 28, 2008

For Law Offices of Sanjay Chaubey

_____
Sanjay Chaubey, Esq.