UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GATEWAY OVERSEAS INC

|USDS SDNY|
|DOCUMENT|
|ELECTRONICALLY FILED|
|DOC #: _____|
|DATE FILED: 9-5-08|

Plaintiff        07 cv 8384 (VM) ( )

v.

TEXCRAFT OVERSEAS INC. SOLUTIONS PVT LTD.

Defendant

---

FOLLOWING MEDIATION THE PARTIES HAVE REACHED A SETTLEMENT AGREEMENT AND WILL FILE APPROPRIATE PAPERS.

08/14/2008
Date

_____
Attorney for Plaintiff
SANJAY CHAUBEY (SC 3241)

08/14/2008
Date

_____
Attorney for Defendant
MATTHEW A KAUFMAN (MK 0898)

GATEWAY OVERSEAS, LTD
BY: TOW. WAGOD

TEXCRAFT SOLUTIONS (PVT) LTD
BY: ALI IMRAN IQBAL

SO ORDERED:
9-4-08
DATE      VICTOR MARRERO, U.S.D.J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEWAY OVERSEAS, INC.<br>                      Plaintiff<br><br>     -against-<br><br>TEXCRAFT SOLUTIONS PVT<br>LIMITED et al.<br>                      Defendants | Report of the Clerk of Court<br>Regarding Court Ordered Mediation<br><br>07 Civ. 8384 (VM ) |

To the Court:

    Please take notice that:

___ 1.    This case was randomly selected not to be sent to mediation and the Court should proceed accordingly.

_X_ 2.    This case was selected to be sent to mediation. The report of the Mediator is attached. The Mediator has checked:

    _X_   Paragraph 1, 2, 3, or 6 and the Court must make the appropriate order.

    ___   Paragraph 4 or 5 and unresolved issues should be treated as if they had not been sent to mediation.

    ___   Paragraph 7 which indicates that a party(ies) so noted has failed or refused to comply with the order of this Court which directed that mediation be held in this case.

Dated: **August 29, 2008**

                                                                  George O'Malley, Esq.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GATEWAY OVERSEAS, INC.<br>       **Plaintiff**<br><br>-against-<br><br>TEXCRAFT SOLUTIONS PVT<br>LIMITED et al.<br>       **Defendants** | Report of Mediator<br><br><br>07 Civ. 8384 (VM) |

To the Clerk of Court:

Please take notice that the court ordered mediation in this case was:

✓   1.   Held and produced a stipulation settling all of the issues of the case.

___   2.   Held and produced a stipulation settling less than all of the issues of the case. The parties by stipulation have agreed to submit the unresolved issues to binding arbitration.

___   3.   Held and produced a stipulation submitting all issues to binding arbitration.

___   4.   Held and produced a stipulation settling less than all of the issues of the case. The unresolved issues should be treated as if they had not been sent to mediation.

___   5.   Held but was unsuccessful in resolving any issue in the case. The unresolved issues should be treated as if they had not been sent to mediation.

___   6.   Not held as a stipulation settling all the issues of the case was entered into prior to the mediation date.

___   7.   Not held as a party(ies) failed or refused to attend the mediation. Cite party(ies).

  Any stipulation entered into between the parties is attached and made part of this report.