```
USDC
DOCUMENT
ELECTRONIC
DOC #: _____
DATE FILED: 9-12-08
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
GATEWAY OVERSEAS, INC.,             :
                                    :    07 Civ. 8384 (VM)
                    Plaintiff,      :
                                    :
      - against -                   :    ORDER
                                    :
TEXCRAFT SOLUTIONS PVT LIMITED,     :
et. al.,                            :
                                    :
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

By Orders dated September 3 and 5, 2008 the Court directed the Clerk of Court to dismiss the complaint in this action without prejudice and to close the case and remove it from the Court's docket. A review of the Docket Sheet for this matter indicates that the case remains listed on the Court's database of open cases. Accordingly, it is hereby

**ORDERED** that in accordance with the Court's Orders of September 3 and 5, 2008 the Clerk of Court is directed to dismiss this action without prejudice and to close the case and remove it from the Court's list of pending cases.

**SO ORDERED.**

Dated:   New York, New York
         12 September 2008

                                          _____
                                          VICTOR MARRERO
                                          U.S.D.J.